THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DOUGLAS BROWN, Defendant-Appellant.

(No. 55862;

First District (5th Division)—November 9, 1973.

Opinion by Mr. JUSTICE SULLIVAN.

R. Eugene Pincham, G. Michael Cooper III, and Charles B. Evins, all of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, William K. Hedrick and Larry A. Sultan, Assistant State's Attorneys, of counsel,) for the People.